IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

NELSON SALGADO ABREUS                                        PETITIONER

V.                                              CIVIL NO.   5:25-cv-00166-DCB-BWR

RAFAEL VERGARA                                              RESPONDENT

### ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court *sua sponte*. Petitioner, a native and citizen of Cuba, filed his Petition [1] for writ of habeas corpus under 28 U.S.C. § 2241 in December 2025 challenging the length of his detention under 8 U.S.C. § 1231(a)(6) and requesting his immediate release from Immigration and Customs Enforcement's (ICE) custody.

Petitioner entered the United States in 1980. Mem. [2] at 3. "On August 15, 1985, an immigration judge in El Paso, TX ordered Salgado removed to Cuba. . . . Petitioner did not depart the United States as ordered by the Immigration Judge." ICE Decl. [11-1] at 1. "On October 26, 2025, Petitioner was encountered at the Salt Lake County Metro Jail" and taken into ICE custody. *Id.* Respondent's Response to the Petition, filed February 19, 2026, indicated that "Petitioner is scheduled to be removed to Mexico on Friday, February 20, 2026." Nearly four months later, Petitioner remains detained and has not been removed from the United States. *See* locator.ice.gov (last visited June 16, 2026).

"[T]he presumptive period during which the detention of an alien is reasonably necessary to effectuate his removal is six months; after that, the alien is eligible for

conditional release if he can demonstrate that there is 'no significant likelihood of removal in the reasonably foreseeable future.'" *Clark v. Martinez*, 543 U.S. 371, 378 (2005) (quoting *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001)). The Court requires a status update from Respondent regarding its efforts to remove Petitioner and shall set a briefing schedule regarding whether there is "no significant likelihood of removal in the reasonably foreseeable future." *Zadvydas,* 533 U.S. at 701.

IT IS THEREFORE ORDERED that, within 14 days of this Order, Respondent shall file a status update:

1. Including a Declaration from an official from Enforcement and Removal Operations; and

2. Specifically addressing the following: (1) the status of efforts to remove Petitioner, including Petitioner's cooperation with any such efforts; and (2) a timeline of any anticipated efforts to remove Petitioner.

IT IS FURTHER ORDERED that:

1. No later than 30 days after Respondent's status update, Petitioner shall file a memorandum brief and must show there is good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future;

2. No later than 14 days after Petitioner's memorandum brief, Respondent shall file a response furnishing evidence sufficient to rebut that showing; and

3. No later than 14 days after Respondent's response, Petitioner may file a

reply.

SO ORDERED, this 16th day of June 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE